UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LEE D. MARTIN,

    Plaintiff,

v.

INSPIRE CLOSING SERVICES OF TEXAS, LLC,

    Defendant.

No. 1:23-CV-122-H

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 9. The joint stipulation is approved. It is ordered that the plaintiff's claims against the defendant are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on September 11, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE